IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| AMANDA McCARNEY and JEFFREY BAILEY, <br><br> Plaintiffs <br><br> vs. <br><br> AT&T MOBILITY SERVICES, LLC, <br><br> Defendant. | CASE NO.: 5:17-cv-00566-MHH |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Amanda McCarney and Jeffrey Bailey and Defendant AT&T Mobility Services, LLC come now, through counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of this action, with prejudice. Neither party seeks to have costs taxed.

This the 12TH day of October, 2017.

_/s/ Temple D. Trueblood_
TEMPLE D. TRUEBLOOD
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone:   (205) 314-0500
Facsimile:   (205) 314-0714
Email: TTrueblood@wigginschilds.com

ATTORNEY FOR PLAINTIFFS
AMANDA McCARNEY and
JEFFREY BAILEY

_/s/ Stephanie H. Mays_
STEPHANIE H. MAYS
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
Suite 2400
Birmingham, AL 35205
Telephone:   (205) 254-1844
Facsimile:   (205) 254-1999
Email: smays@maynardcooper.com

ATTORNEY FOR DEFENDANT AT&T
MOBILITY SERVICES, LLC