FILED
2017 Oct-16 PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **AMANDA McCARNEY and JEFFREY BAILEY,** } } | |
| **Plaintiffs,** } | |
| v. } | Case No.: 5:17-cv-00566-MHH |
| **AT&T MOBILITY SERVICES, LLC,** } } | |
| **Defendant.** } | |

## ORDER

Plaintiffs Amanda McCarney and Jeffrey Bailey and Defendant AT&T Mobility Services, LLC filed a Stipulation of Dismissal With Prejudice. (Doc. 16).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**.

The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this October 16, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE